UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>€3,213,937.81 IN BANK FUND SEIZED FROM FIO ACCOUNT '4194; $52.90 IN BANK FUNDS SEIZED FROM FIO ACCOUNT '4196; AND £52.65 IN BANK FUNDS SEIZED FROM FIO ACCOUNT '4198,<br><br>          Defendants. | NO. CV 18-8577-RGK (PJWx)<br><br>**WARRANT FOR ARREST *IN REM*** |

TO: THE UNITED STATES POSTAL INSPECTION SERVICE ("USPIS"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

On October 5, 2018, in the United States District Court for the Central District of California, the United States filed a Verified Complaint for Forfeiture *In Rem* ("Complaint"), alleging that the defendant assets – specifically, €3,213,937.81 in Bank Fund seized from Fio account '4194; $52.90 seized from Fio

1

account '4196; and £52.65 seized from Fio account '4198,(the "Defendant Assets") --are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C).

The Court is satisfied that, based upon the allegations of the Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

YOU ARE HEREBY COMMANDED pursuant to Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), to arrest and seize €3,213,937.81 in Bank Fund seized from Fio account '4194; $52.90 seized from Fio account '4196; and £52.65 seized from Fio account '4198.  Postal Inspectors of the USPIS and/or Deputies of the United States Marshals Service ("USMS"), together with any personnel deemed necessary, shall execute this warrant of arrest *in rem* as soon as practicable.

PLAINTIFF IS FURTHER COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules; and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Assets by sending such persons and entities a copy of this warrant and a copy of the Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Assets, any person claiming an interest in, or right against, the Defendant Assets must file a

1  claim, signed under penalty of perjury, identifying the specific
2  asset claimed, the claimant, and stating the claimant's interest
3  in the asset in the manner set forth in Rule G(5) of the
4  Supplemental Rules.  Any such claim must also be served on
5  Assistant United States Attorney John J. Kucera at the United
6  States Attorney's Office, Central District of California, 312
7  North Spring Street, 14th Floor, Los Angeles, California 90012.
8  In no event may such claim be filed later than 35 days after the
9  date the notice of the Complaint is sent, or if applicable, no
10 later than 60 days after the first day of publication on an
11 official internet government forfeiture site.
12      In addition, any person having filed such a claim must also
13 file an answer to the Complaint not later than 21 days after the
14 filing of the claim, with a copy thereof sent to Assistant
15 United States Attorney John J. Kucera at the address above.
16 Upon failure to file a verified statement of interest and
17 answer, default may be entered pursuant to Rule 55(a), Federal
18 Rule of Civil Procedure, and seizure and condemnation may
19 proceed as sought by plaintiff in its Complaint.
20      YOU ARE FURTHER COMMANDED to provide a copy of this warrant
21 to the person from whom the defendant property is seized and
22 / / /
23 / / /
24
25
26
27
28

file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

Dated this 8TH day of November, 2018.    *Patrick J. Walsh*

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section


/s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4